```
TRUDIE DYKES EUBANKS            PANTHER CREDIT
2516 HWY 15                     134 S MAIN ST.
BEAUMONT, MS 39423              PETAL, MS 39465



THOMAS C. ROLLINS, JR.          SANTANDER CONSUMER
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY
P.O. BOX 13767                  PO BOX 961245
JACKSON, MS 39236               FORT WORTH, TX 76161



CAPITAL ONE                     SECURITY CREDIT SERVICES
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
7933 PRESTON RD                 PO BOX 1156
PLANO, TX 75024                 OXFORD, MS 38655



CAPITAL ONE                     SELENE FINANCE
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 30285                    PO BOX 8619
SALT LAKE CITY, UT 84130        PHILADELPHIA, PA 19101



EDFINANCIAL SERVICES            TSI
ATTN: CLAIMS                    P.O. BOX 15283
PO BOX 36008                    WILMINGTON, DE 19850
KNOXVILLE, TN 37930



EDFINANCIAL SERVICES L
POB 60610
HARRISBURG, PA 17106



HARBOR LOANS
100 EASTBROOK DR
SUITE 46
PETAL, MS 39465



MARINER FINANCE
560 WEATHERSBY RD #120
HATTIESBURG, MS 39402



ONEMAIN FINANCIAL
ATTN: BANKRUPTCY
PO BOX 142
EVANSVILLE, IN 47701
```