UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:                                                                    CASE NO.: 25-50541
                                                                                                CHAPTER 13

Trudie Dykes Eubanks,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Attorney for Secured Creditor
                                             13010 Morris Road, Suite 450
                                             Alpharetta, GA 30004
                                             Telephone: 470-321-7112
                                             Facsimile: 404-393-1425

                                       By: /s/Francisco Cardona
                                                Francisco Cardona
                                                Email: fcardona@raslg.com

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on April 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TRUDIE DYKES EUBANKS
2516 HWY 15
BEAUMONT, MS 39423

And via electronic mail to:

THE ROLLINS LAW FIRM, PLLC
PO BOX 13767
JACKSON, MS 39236

DAVID RAWLINGS
DAVID RAWLINGS, CHAPTER 13 TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON, MS 39201

            By: /s/ Amber Matas