# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Trudie Dykes Eubanks**  
Debtor(s)

Case No.  **25-50541**  
Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **May 29, 2025**

**/s/ Trudie Dykes Eubanks**  
**Trudie Dykes Eubanks**  
Signature of Debtor

```
TRUDIE DYKES EUBANKS          ONEMAIN FINANCIAL
2516 HWY 15                   ATTN: BANKRUPTCY
BEAUMONT, MS 39423            PO BOX 142
                              EVANSVILLE, IN 47701



THOMAS C. ROLLINS, JR.        PANTHER CREDIT
THE ROLLINS LAW FIRM, PLLC    134 S MAIN ST.
P.O. BOX 13767                PETAL, MS 39465
JACKSON, MS 39236



CAPITAL ONE                   SANTANDER CONSUMER
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
7933 PRESTON RD               PO BOX 961245
PLANO, TX 75024               FORT WORTH, TX 76161



CAPITAL ONE                   SECURITY CREDIT SERVICES
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 30285                  PO BOX 1156
SALT LAKE CITY, UT 84130      OXFORD, MS 38655



EDFINANCIAL SERVICES          SELENE FINANCE
ATTN: CLAIMS                  ATTN: BANKRUPTCY
PO BOX 36008                  PO BOX 8619
KNOXVILLE, TN 37930           PHILADELPHIA, PA 19101



EDFINANCIAL SERVICES L        TSI
POB 60610                     P.O. BOX 15283
HARRISBURG, PA 17106          WILMINGTON, DE 19850



EXETER FINANCE***
P.O. BOX 677
WILMINGTON, OH 45177



HARBOR LOANS
100 EASTBROOK DR
SUITE 46
PETAL, MS 39465



MARINER FINANCE
560 WEATHERSBY RD #120
HATTIESBURG, MS 39402
```