MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: __Trudie Dykes Eubanks__                             Case No.: __25-50541-KMS__

_____
*Debtor(s)*                                                                                   Chapter: __13__

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, __Exeter Finance LLC_____, a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Enzo Parent, LLC, 2101 W. John Carpenter Freeway, Irving, TX 75063-3228

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: __06-16-25__         */s/ Christopher D. Meyer*
                                      Attorney Signature

                                      Christopher D. Meyer              103467
                                      Attorney Name                     State Bar Number
                                      190 E. Capitol Street, M-100
                                      Address
                                      Jackson, MS  39201
                                      City, State, and Zip Code
                                      601-355-3434            cmeyer@burr.com
                                      Telephone Number        Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**