# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50541　　**Case Name:** Trudie Dykes Eubanks

**Set:** 07/08/2025 01:30 pm　　**Chapter:** 13　　**Type:** bk　　**Judge:** Katharine M. Samson

**matter:** Objection to Confirmation of Plan Filed by Creditor Exeter Finance LLC (RE: related document(s)22 Modified Chapter 13 Plan). (Attachments: # 1 Exhibit A - Note # 2 Exhibit B - Title) (Dkt. #25)

---

Minute Entry Re: (related document(s): [25] Objection to Confirmation of the Plan filed by Exeter Finance LLC) Meyer to submit an Agreed Order. Order due by 07/22/2025. Called in by Meyer. (mcc)