

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 8, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| In re: | Case No.: 25-50541-KMS |
| Trudie Dykes Eubanks, | Chapter: 13 |
| Debtor. | |

**AGREED ORDER ON OBJECTION OF EXETER FINANCE LLC**
**TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The Court has before it Creditor Exeter Finance LLC's ("Exeter") Objection to Confirmation of Debtor's Chapter 13 plan (docket number 25) set for hearing on July 8, 2025. The parties have announced settlement and request the Court to approve same.

Exeter's Claim related to that 2025 Nissan Rogue bearing Vehicle Identification Number 5N1BT3BB2SC833683 (the "'Collateral") [Claim 7-1] shall be paid pursuant to Exeter's Proof of Claim, with 10% interest. Additionally, Exeter's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

##END OF ORDER##

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Exeter Finance LLC*

*/s/* Samuel J. Duncan
Attorney for David Rawlings
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

61444259 v1