Fill in this information to identify the case:

Debtor 1   Trudie Dykes Eubanks

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of MISSISSIPPI

Case number 25-50541-KMS

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 4789

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 06/16/2025 | (5) | $250.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 04/18/2025 | (11) | $150.00 |
| 12 | Other. Specify: Proof of Claim 410A | 06/16/2025 | (12) | $100.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2       Notice of Postpetition Mortgage Fees, Expenses, and Charges       page 1

Debtor 1 <u>Trudie Dykes Eubanks</u>
       Print Name    Middle Name    Last Name

Case number *(if known)* <u>25-50541-KMS</u>

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Francisco Cardona
Signature

Date  July 16, 2025

Print  Francisco Cardona
     First Name   Middle Name   Last Name

Title  Authorized Agent

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address  13010 Morris Road, Suite 450
     Number    Street

Alpharetta    GA    30004
City    State    ZIP Code

Contact Phone  470-321-7112

Email  fcardona@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___July 17, 2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Trudie Dykes Eubanks
2516 Hwy 15
Beaumont, MS 39423

*And via electronic mail to:*

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

By: /s/ Francisco Cardona

Email: fcardona@raslg.com

25-50541-KMS   Dkt 34   Filed 07/17/25   Entered 07/17/25 07:24:37   Page 4 of 12

| | |
|---|---|
| Vendor | Robertson, Anschutz, Schneid, Crane & Partners, PLLC |
| Address | 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487 |
| Payee Code | ▮ |
| Vendor Contact | John Harmon |
| Vendor Ref # | ▮ |
| Servicer | Selene Finance - ▮ |
| Inv. ID / Cat. ID | ▮ |
| Investor Name | PRETIUM-RCAF |
| Class Code | |
| Entity Code | |
| GSE Code | ▮ |
| GSE REO Rem. Code | |
| HiType | ▮ |
| Outsource Firm | LPS Default Solutions |
| Litigation Status Code | |
| Man Code | ▮ |

| | |
|---|---|
| Regarding | EUBANKS TRUDIE D, 2516 N HWY 15, BEAUMONT, MS 39423 |
| Investor Loan # | ▮ |

| | |
|---|---|
| Invoice Number | ▮ |
| Invoice Status | Check Confirmed |
| Loan No. | ▮ |
| Loan Type | Conventional |
| Acquisition Date | |
| Asset No. | |
| REO Loan Status | N/A |
| REO Loan Status Date | N/A |
| Referral Date | 4/18/2025 |
| Loan Location | |
| BK Case No | 25-50541 |
| Submitted Date | 4/21/2025 |
| Vendor Invoice Date | 4/21/2025 |
| Paid In Full Date | N/A |
| Foreclosure Removal Date | N/A |
| MS Status | N/A |
| Relief Requested Date | N/A |
| Protection Begin Date | N/A |
| Protection End Date | N/A |

Original Mortgage Amount: $203,900.00
Principal Balance as of invoice create date: $117,071.77
Principal Balance as of today's date: $117,071.77

### Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|
| 04/21/2025 | 05/09/2025 | 05/09/2025 | | 05/09/2025 | 05/09/2025 | 05/09/2025 | 05/10/2025 | 19 |

Dept | Comments | **Line Items** | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | |
|---|---|---|---|---|---|
| Fees | Total: | $350.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: |
| Costs | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: |
| | | | | | Exc. Loan Total Fees/Costs Allow: |
| Totals | Inv Amt: | $350.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: $1,957.00 |

### Fees

| A | O | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Sales Tax | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | C | Attorney Fees | Plan Review Fee | | | 04/18/25 | 1 | $350.00 | $0.00 | $350.00 | $0.00 | $350.00 |

Note: Bankruptcy Plan Review - BK WIP NEW- Initial Plan Review (Non PA-OH). Please note that no documents are filed with BK court for Plan Review.BK_RECOVERABLE
Recoverability Change Reason:
Service From Date: 04/18/2025    Service To Date: 04/18/2025

| | | | |
|---|---|---|---|
| | | $350.00 | $0.00 |
| | Invoice Total: | $350.00 | $0.00 | $350.00 |

| | | |
|---|---|---|
| Vendor | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | |
| Address: | 6409 Congress Avenue Suite 100 Boca Raton, FL 33487 | |
| Payee Code: | ▮▮▮▮▮ | |
| Vendor Contact: | Kayla DeMarco | |
| Vendor Ref #: | ▮▮▮▮▮▮▮ | |
| Servicer: | Selene Finance ▮▮▮ | |
| Inv. ID / Cat. ID | ▮▮▮▮▮ | |
| Investor Name: | PRETIUM-RCAF | |
| Class Code: | | |
| Entity Code: | | |
| GSE Code: | ▮ | |
| GSE REO Rem. Code: | | |
| HiType: | ▮ | |
| Outsource Firm: | LPS Default Solutions | |
| Litigation Status Code: | | |
| Man Code: | ▮ | |

| | |
|---|---|
| Regarding: | EUBANKS TRUDIE D 2516 N HWY 15 BEAUMONT, MS 39423 |
| Investor Loan #: ▮▮▮▮▮▮ | |

| | |
|---|---|
| Invoice Number: | ▮▮▮▮▮▮ |
| Invoice Status: | Check Requested ▮ |
| Loan No.: | ▮▮▮▮▮▮▮ |
| Loan Type: | Conventional |
| Acquistion Date: | |
| Asset No.: | |
| REO Loan Status: | N/A |
| REO Loan Status Date: | N/A |
| Referral Date: | 5/26/2025 |
| Loan Location: | |
| **BK Case No:** | **25-50541** |
| Submitted Date: | **6/17/2025** |
| Vendor Invoice Date: | 6/17/2025 |
| Paid In Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status: | N/A |
| Relief Requested Date: | N/A |
| Protection Begin Date: | N/A |
| Protection End Date: | N/A |

Original Mortgage Amount: $203,900.00
Principal Balance as of invoice create date: $117,071.77
Principal Balance as of today's date: $117,071.77

### Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|
| 06/17/2025 | 06/26/2025 | 06/26/2025 | | 06/26/2025 | 06/30/2025 | 06/30/2025 | | 14 |

[Dept] [Comments] [Line Items] [Exceptions] [Edit Summary] [Adj. Summary] [Chronology] [Quote] [Service Request] [Guideline] [Invoice Mapping] [History] [Payments] [Reconciliation]

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | Total: | $1,200.00 | Invoicing Prev. Billed: | $350.00 | Exc. Loan Allow: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: |
| | | | | | Exc. Loan Total Fees/Costs Allow: |
| **Totals** | Inv Amt: | $1,200.00 | Prev. Billed: | $350.00 | Loan Total Fees/Costs Prev.Billed: $2,337.00 |

### Fees

| A | O | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Sales Tax | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | C | Attorney Fees | Proof of Claim | | | 06/16/25 | 1 | $875.00 | $0.00 | $875.00 | $0.00 | $875.00 |

Note: Bankruptcy Proof of ClaimBK_RECOVERABLE
Recoverability Change Reason:
Service From Date: 06/16/2025    Service To Date: 06/16/2025

| A | | C | Attorney Fees | Proof of Claim | | | 06/16/25 | 1 | $325.00 | $0.00 | $325.00 | $0.00 | $325.00 |

Note: Bankruptcy Proof of Claim - Part 5 (410A) - BK WIP NEW- POC Part 5- Standard. Bankruptcy Proof of Claim - Part 5 (410A) RecoverableBK_RECOVERABLE
Recoverability Change Reason:
Service From Date: 06/16/2025    Service To Date: 06/16/2025

|  |  |  |  |  |  |  |  |  |  |  | **$1,200.00** | **$0.00** |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | **Invoice Total:** |  |  |  | **$1,200.00** | **$0.00** | **$1,200.00** |

Selene Finance LP
P.O. Box 8619
Philadelphia, PA 19101-8619



Temp-Return Service Requested



THOMAS CARL ROLLINS, JR, THE ROLLINS
LAW FIRM, PLL
PO BOX 13767
JACKSON, MS 39236-3767



P.O. Box 8619
Philadelphia, PA 19101-8619
Telephone (877) 735-3637
Fax (866) 926-5498
www.selenefinance.com

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

05/12/2025

THOMAS CARL ROLLINS, JR, THE ROLLINS LAW FIRM, PLL
PO BOX 13767
JACKSON, MS 39236

Re:    Account #:
        Mortgagor(s):    TRUDIE D EUBANKS
        Property:        2516 N HWY 15, BEAUMONT, MS 39423

Dear Mortgagor(s):

Our records indicate the above referenced account has been impacted by a bankruptcy filing. If a mortgagor has received a discharge in bankruptcy, Selene fully acknowledges that such mortgagor has no personal liability for the debt and is not attempting to collect the debt from that mortgagor personally. If the account is impacted by an active bankruptcy case, Selene fully acknowledges the automatic stay and is not attempting to collect the debt. **THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.**

Selene Finance LP is providing a notification of the following fee assessment(s) made within the past thirty (30) days on the referenced account.

| Date Assessed | Fee Description | Fee Amount |
|---|---|---|
| 05/09/2025 | Bankruptcy Attorney Fees | $350.00 |

Should you have questions, please contact our Customer Service Department at (877) 768-3759 or visit our website at www.selenefinance.com.

Sincerely,

Selene Finance LP

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note, however, that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



P.O. Box 8619
Philadelphia, PA 19101-8619

Telephone: (877) 735-3637
Fax: (866) 926-5496
www.selenefinance.com

Hours of Operation
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT

THOMAS CARL ROLLINS JR
The Rollins Law Firm, PLL
PO BOX 13767
Jackson MS 39236

Re: Account Number:
    Mortgagor(s):      TRUDIE D EUBANKS

    Property Address:  2516 N HWY 15
                       BEAUMONT, MS 39423

Our records indicate the above referenced account has been impacted by a bankruptcy filing. If a mortgagor has received a discharge in bankruptcy, Selene fully acknowledges that such mortgagor has no personal liability for the debt and is not attempting to collect the debt from that mortgagor personally. If the account is impacted by an active bankruptcy case, Selene fully acknowledges the automatic stay and is not attempting to collect the debt. **THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.**

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
Please note, however, that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

25-50541-KMS Dkt 34 Filed 07/17/25 Entered 07/17/25 07:24:37 Page 9 of 12



**MORTGAGE STATEMENT**

Statement Date: July 07, 2025

For Return Service Only
P.O. Box 8619
Philadelphia, PA 19101-8619

Online Information: www.selenefinance.com
Email: customerservice@selenefinance.com

Hours of Operation:
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT
Phone: (877) 735-3637
Hearing Impaired: Call 711 or (800) 735-2989
Fax: (866) 926-5496

Payments:
P.O. Box 660369
Dallas, TX 75266-0369

Correspondence:
P.O. Box 8619
Philadelphia, PA 19101-8619

THOMAS CARL ROLLINS JR
The Rollins Law Firm, PLL
PO BOX 13767
Jackson MS 39236

Loan Number: ▮
Payment Date: 08/01/2025
Payment Amount: $4,181.88

TRUDIE D EUBANKS
Property Address:
2516 N HWY 15
BEAUMONT, MS 39423

### Explanation of Post-Petition Payment

| | |
|---|---|
| Principal | $169.12 |
| Interest | $347.15 |
| Escrow (Taxes and Insurance) | $529.20 |
| Additional Monthly Amount | $0.00 |
| **Regular Monthly Payment** | **$1,045.47** |
| Total Fees and Other Charges | $0.00 |
| Past Unpaid Amount | $3,136.41 |
| **Total Payment Amount** | **$4,181.88** |
| Unapplied Funds | $0.00 |

The payment amount does not include any amount that was past due at the time you filed bankruptcy. If post-petition fees are displayed on this statement, such fees may not all be recoverable. Any advances, fees or costs listed on the statement will be recoverable only if any required notices are filed with the bankruptcy court or the bankruptcy court otherwise enters an order allowing those amounts.

### Account Information

| | |
|---|---|
| Outstanding Principal Balance* | $117,071.77 |
| Deferred Balance | $105,886.11 |
| Escrow Balance | -$9,183.40 |
| Interest Rate | 3.625% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

### Transaction Activity (06/08/25 - 07/07/25) *** HISTORY CONTINUED ON PAGE 2 ***

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Late Fees/Other Charges | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 06/30/25 | BK ATTY. FEES | $0.00 | $0.00 | $0.00 | $0.00 | -$875.00 | $0.00 | -$875.00 |
| 06/30/25 | BK ATTY. FEES | $0.00 | $0.00 | $0.00 | $0.00 | -$325.00 | $0.00 | -$325.00 |
| 07/01/25 | FLOOD INSURANCE | $0.00 | $0.00 | -$729.00 | $0.00 | $0.00 | $0.00 | -$729.00 |

### Bankruptcy Messages

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.
If you want to stop receiving statements, write to us at: Selene Finance LP, Attn: Customer Service Research, P.O. Box 8279, Philadelphia, PA 19101-8279. Or you may fax us at (866) 926-5496, or email us at: CustomerService@selenefinance.com.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Tax and Insurance) | $0.00 | $0.00 |
| Other Monthly Amount | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Messages

We have not received all mortgage payments scheduled since you filed for bankruptcy. This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
Partial Payments: Any partial payments that you make are not applied to your mortgage but instead are held in an unapplied account on your mortgage. Those funds are shown in the Unapplied Balance line. If you pay the Total Payment Amount, the unapplied funds will then be applied to your mortgage.

If you are experiencing financial difficulty: See back for information about mortgage counseling assistance.

### Summary Of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Since Last Statement | $0.00 |
| Total Paid During Bankruptcy | $0.00 |
| Current Balance | $13,609.64 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. Please note that if the plan has not been confirmed or the proof of claim deadline has not passed, this amount has not been finalized. Please contact your attorney or the trustee if you have questions.

*For informational purposes only.*

### Payment Amount

| | |
|---|---|
| Loan Number | ▮ |
| Borrower | TRUDIE D EUBANKS |
| Co-Borrower | |
| Payment Date | 08/01/2025 |
| Payment Amount | $4,181.88 |

☐ Please check here if address, phone # or email change is indicated on reverse side.

Please write your loan number on your check or money order.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

If you are sending us a payment, make your check payable to Selene Finance LP.

**PAYMENT COUPON**

Payment Amount: $4,181.88

Additional Principal $ ▯▯▯▯▯▯ . ▯▯
Additional Escrow $ ▯▯▯▯▯▯ . ▯▯
Total Enclosed $ ▯▯▯▯▯▯ . ▯▯



P.O. Box 660369
Dallas, TX 75266-0369

## TELEPHONE SERVICES & MAILING ADDRESSES
### Visit our Website at www.selenefinance.com

Access your account information online! Go to www.selenefinance.com then click on the "Access Your Account" option. Have your loan number and social security number with you, so you are ready to enroll. To find a HUD-approved housing counseling agency in your area call (800) 569-4287 or go to www.HUD.gov or www.consumerfinance.gov/mortgagehelp

### Payment and Correspondence Addresses

**Payments and Bill Pay Services**
Selene Finance LP
P. O. Box 660369
Dallas, TX 75266-0369

**Payments Sent Overnight or Certified Mail Payments**
Lockbox Services 660369
Selene Finance
2975 Regent Blvd, Suite 100
Irving, TX 75063
*Please include your loan number on the check or money order

**Payoff Checks Sent Overnight**
Selene Finance, LP
Attention: Cashiering Department
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

**Insurance Department (For Providing Hazard, Property & Flood Documentation)**
Selene Finance LP
P. O. Box 461470
San Antonio, TX 78246
Tel: (866) 318-1084
Fax: (866) 816-6837

**Insurance Claims Department (For Processing Loss Draft Claims)**
Selene Finance LP
P. O. Box 692396
San Antonio, TX 78269-2396
Tel: (866) 314-0056
Fax: (866) 557-2063

**Property Taxes**
Selene Finance LP
Attn: Tax Department
P. O. Box 9217
Coppell, TX 75019
Tel: (877) 735-3637
Fax: (817) 626-0109

**Overnight Mail Address**
Selene Finance LP
Attention: Customer Service Department
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
Tel: (877) 735-3637
Fax: (866) 926-5496
Hearing Impaired:
Dial 711 or (800) 735-2989

**Customer Service Research**
A Notice of Error, Request for Information or Qualified Written Request is a request to research and correct an error regarding the serving of your mortgage, or to request specific information on your account. When submitting any of these requests to Selene, you must clearly identify the borrower name, account number, the specific error or information requested, and send to the following designated address.

Selene Finance LP
Attn: Customer Service Research
P. O. Box 8279
Philadelphia, PA 19101-8279

### IMPORTANT PAYMENT INFORMATION

You may make payments for no fee by mail, the ACH program, or online at www.selenefinance.com.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic transfer from your account or to process the payment as a check transaction.

ACH (automated recurring payments) – Your account may qualify for ACH and payments can be automatically drafted from your bank account on a monthly basis, saving you time and money! You can enroll (or end enrollment) in this service via the Selene Finance website at www.selenefinance.com by clicking on the "Access Your Account" link. If you have any questions about ACH or would prefer to have an ACH application mailed to you, Selene Customer Service may be reached via the www.selenefinance.com website, or at (877) 735-3637 between the hours of 8:00 am to 9:00 pm Central Time Monday through Thursday, and 8:00 am to 5:00 pm Central Time on Friday.

If using overnight mail, your payment must be received by 2:00 pm, CT, Monday – Friday (excluding holidays).

If for any reason you are unable to make a payment when it is due, please contact Customer Service at the number listed above.

### IMPORTANT INFORMATION

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Bankruptcy:** Please note, however that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally. If you wish to change whether you receive these statements, you may do so by sending us a written request that indicates your desired change to the above address for **Customer Service Research**, or you may fax us at (866) 926-5496, or email us at CustomerService@selenefinance.com.

**Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Confirmed Successors in Interest:** If you are a confirmed successor in interest to this mortgage, unless and until you assume the mortgage loan obligation under State law, this communication is not an attempt to collect the debt from you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

---

### HAS YOUR ADDRESS OR ANY OTHER INFORMATION CHANGED?

IF SO, PLEASE COMPLETE THIS FORM AND CHECK THE BOX ☑ ON THE REVERSE SIDE

Account Number: _____  Name: _____
                                                 First                    MI                    Last

New Mailing Address: _____
                        Street Address           City                    State                Zip Code

Home Phone Number: _____  Business Phone Number: _____

Mobile Number: _____  Email Address: _____



P.O. Box 8619
Philadelphia, PA 19101-8619

**MORTGAGE STATEMENT**
Statement Date: July 07, 2025



THOMAS CARL ROLLINS JR
The Rollins Law Firm, PLL

ACCOUNT ACTIVITY CONTINUED FROM THE FIRST PAGE

| Transaction Activity (06/08/25 - 07/07/25) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Late Fees/Other Charges | Partial Payment (Unapplied) | Total |
| 07/01/25 | ESCROW ADVANCE | $0.00 | $0.00 | $729.00 | $0.00 | $0.00 | $0.00 | $729.00 |

## Beware of Scams

Please beware of any person or company offering to intervene on your behalf while charging you a fee for their services. There are no fees for you to complete an application for assistance with Selene Finance LP ("Selene"). Especially in times like these, criminals will try to impersonate charities, businesses, and government agencies. Watch out for suspicious e-mails, texts, or calls that ask for personal information or ask you to make unexpected payment arrangements (e.g., pay with a gift card).

At Selene, we take our information security very seriously, and we ask that you also remain attentive to prevent fraud, and to help protect our mutual interests.

Keeping top of mind:

1. Selene does not charge a fee to complete a loss mitigation request, however this is a common representation in scams.
2. Selene will never call you to ask for your personal information (such as a full SSN, date of birth, or loan number) in an automated phone call.
3. Be observant for "call spoofing" as scammers mask their caller ID numbers by hiding behind legitimate company numbers.
4. Confirm the sender's identity before replying to email requests and before opening email attachments or clicking on links (text messages as well), even if they appear to come from a legitimate source.
5. Identify misspellings in crafted communications (e.g., company name, etc.)

Remember: We will never ask you to tell us your account username or password. If you suspect a fraud attempt, we encourage you to contact your loan resolution representative at **(877) 735-3637** or email us at CustomerService@SeleneFinance.com. We are prepared to discuss your situation and help determine the best course of action for you.