United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50541-KMS
Trudie Dykes Eubanks Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jul 21, 2025     Form ID: n031     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trudie Dykes Eubanks, 2516 Hwy 15, Beaumont, MS 39423-2713 |
| 5498069 | + | Edfinancial Services L, Pob 60610, Harrisburg, PA 17106-0610 |
| 5498070 | + | Harbor Loans, 100 Eastbrook Dr, Suite 46, Petal, MS 39465-6008 |
| 5510008 | + | Harbor Loans of Petal, 100 Eastbrook Drive Ste 40, Petal, MS 39465-6008 |
| 5498071 | + | Mariner Finance, 560 Weathersby Rd #120, Hattiesburg, MS 39402-1163 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2025 19:35:42 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2025 19:35:30 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 21 2025 19:31:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5500515 | | Email/Text: bnc-thebureaus@quantum3group.com | Jul 21 2025 19:31:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5498067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2025 19:35:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5498066 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2025 19:35:43 | Capital One, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5503330 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2025 19:35:22 | Capital One Auto Finance, a division of, Capital One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5498068 | + | Email/Text: EBN@edfinancial.com | Jul 21 2025 19:31:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 5517239 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 21 2025 19:35:42 | Exeter Finance, P.O. Box 677, Wilmington, OH 45177-0677 |
| 5503331 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2025 19:35:42 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5516280 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2025 19:34:51 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5525194 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 21 2025 19:31:00 | Mariner Finance, 8211 Town Center Dr, Nottingham MD 21236-5904 |

District/off: 0538-6   User: mssbad   Page 2 of 3
Date Rcvd: Jul 21, 2025   Form ID: n031   Total Noticed: 31

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5521089 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 21 2025 19:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5498072 | + | Email/PDF: cbp@omf.com | Jul 21 2025 19:35:30 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5508997 | | Email/PDF: cbp@omf.com | Jul 21 2025 19:35:27 | OneMain Financial Group, LLC, OneMain, Po Box 3251, Evansville, IN 47731-3251 |
| 5498073 | + | Email/Text: stephenbinning@ymail.com | Jul 21 2025 19:31:00 | Panther Credit LLC, 134 S Main St., Petal, MS 39465-2332 |
| 5524068 | | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2025 19:31:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5500430 | | Email/Text: bankruptcy_department@clacorp.com | Jul 21 2025 19:31:00 | Simple Fast Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350 |
| 5507219 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 21 2025 19:31:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5498074 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 21 2025 19:31:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5498075 | + | Email/Text: cs@securitycreditservicesllc.com | Jul 21 2025 19:31:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 5498076 | + | Email/Text: bkteam@selenefinance.com | Jul 21 2025 19:31:00 | Selene Finance, Attn: Bankruptcy, Po Box 8619, Philadelphia, PA 19101-8619 |
| 5498077 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 21 2025 19:31:00 | TSI, P.o. Box 15283, Wilmington, DE 19850-5283 |
| 5501987 | + | Email/Text: RASEBN@raslg.com | Jul 21 2025 19:31:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5522668 | + | Email/Text: bkteam@selenefinance.com | Jul 21 2025 19:31:00 | U.S. Bank Trust National Association, not, in its individual capacity but solely as, owner trustee for RCAF Acquisition, Trust - Selene Finance LP 3501 Olympus, Blvd, Suite 500 Dallas, TX 75019-6156 |
| 5505091 | + | Email/Text: EBN@edfinancial.com | Jul 21 2025 19:31:00 | US Department of Education, Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 21, 2025 | Form ID: n031 | Total Noticed: 31 |
| Date: Jul 23, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Trudie Dykes Eubanks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50541−KMS
**Chapter:** 13

**In re:**

Trudie Dykes Eubanks
2516 Hwy 15
Beaumont, MS 39423

### Notice of Entry of Order Confirming Plan

The Court entered an Order on July 21, 2025 (Dkt. # 36 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: July 21, 2025                                       Danny L. Miller, Clerk of Court