United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                  Case No. 25-50541-KMS

Trudie Dykes Eubanks                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

**Recip ID             Recipient Name and Address**
db            +  Trudie Dykes Eubanks, 2516 Hwy 15, Beaumont, MS 39423-2713

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026                  Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:

**Name             Email Address**

Christopher D Meyer

     on behalf of Creditor Exeter Finance LLC cmeyer@burr.com
     sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

David Rawlings

     ecfnotices@rawlings13.net  sduncan@rawlings13.net

James Noel Adams, Jr

     on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST jadams@bakerdonelson.com, dspiegel@bakerdonelson.com

Thomas Carl Rollins, Jr

     on behalf of Debtor Trudie Dykes Eubanks trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

District/off: 0538-6                        User: mssbad                          Page 2 of 2
Date Rcvd: Apr 27, 2026                     Form ID: pdf012                       Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI
### (GULFPORT-6 DIVISIONAL OFFICE)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRUDIE DYKES EUBANKS, | ) | Case No. 25-50541-KMS |
| | ) | |
| Debtors. | ) | Chapter 13 |

### AGREED ORDER LIFTING THE AUTOMATIC STAY FOR LIMITED PURPOSE OF ALLOWING THE CHANCERY COURT OF PERRY COUNTY, MISSISSIPPI TO ADJUDICATE THE QUIET TITLE ACTION UNDER APPLICABLE STATE LAW

**IT APPEARING** that the lien rights of U.S. Bank Trust National Association, Not in its Individual Capacity but Solely as Owner Trustee for RCAF Acquisition Trust ("Plaintiff"), by and through undersigned counsel, and pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001, the debtor, Trudie Dykes Eubanks (the "Debtor"), with respect to the real property commonly known as 2516 Hwy 15 North, Beaumont, MS 39423 (the "Property") are disputed, contingent, and the subject of ongoing litigation, which is currently stayed by the above-captioned bankruptcy case, in the case styled as of U.S. Bank Trust National Association, Not in its Individual Capacity but Solely as Owner Trustee for RCAF Acquisition Trust v. Johnny Ray Eubanks, Trudie D. Eubanks, and Tina Price, *In the Chancery Court of Perry County, Mississippi, Cause No: 25-cv-0090-S* (the "Quiet Title Action");

**WHEREAS** Debtor and the Plaintiff (collectively, the "Parties") agree that the Quiet Title Action is ripe for adjudication by the Chancery Court of Perry County, Mississippi; and

**WHEREAS** the Parties agree that it is in the best interests of the judicial resources of this Court, general judicial economy, the Parties, the bankruptcy estate, and all of the creditors to allow the Chancery Court of Perry County, Mississippi to adjudicate the Quiet Title Action on the merits under applicable state law given the extensive pre-petition litigation before that court; and finally;

**IT APPEARING** to the Court that the instant *Agreed Order Lifting the Automatic Stay for the Limited Purpose of Allowing the Chancery Court of Perry County, Mississippi to Adjudicate the Quiet Title Action Under Applicable State Law* (the "Agreed Order") was sufficiently noticed and that this Court is fully advised in the premises, having duly considered the legal and factual matters set forth by the Parties in related pleadings.  Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(1) for the limited purpose of allowing the Chancery Court of Perry County, Mississippi to adjudicate the Quiet Title Action under applicable state law (the "Stay Relief");

**IT IS FURTHER ORDERED AND ADJUDGED** that the Stay Relief granted herein shall permit the Trust to proceed against the Debtor and all other defendants in the Quiet Title Action for the purpose of obtaining an adjudication of the Trust's alleged claims and causes of action against the Debtor and all other defendants therein;

**IT IS FURTHER ORDERED AND ADJUDGED** that any judgment entered in the Quiet Title Action shall be noticed by the Parties in the above-captioned bankruptcy case within fifteen (15) days of its entry for immediate consideration by this Court in connection with

administration of the above-captioned bankruptcy case.  In the event that any such judgment declares that the Plaintiff holds lien rights with respect to the Property, the Plaintiff will be allowed a reasonable time within which to file proof of claim consistent with such judgment, and the Debtor will be allowed a reasonable time to file any objections to said proof of claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that in the event the Plaintiff obtains a judgment against the Debtor and/or any other defendants in the Quiet Title Action (a "Judgment") and so long as the above-captioned bankruptcy proceeding has not been converted, dismissed, or the Court having ordered otherwise, the Plaintiff is prohibited from executing upon or otherwise attempting to collect any such Judgment as against the Debtor (the "Judgment Collection Prohibition").  The Judgment Collection Prohibition shall not be construed or interpreted to prohibit, modify or in any way limit, restrain, or inhibit the Plaintiff's ability to execute upon or otherwise pursue enforcement and collection of any Judgment as to any person or entity other than the Debtor.

**IT IS FURTHER ORDERED AND ADJUDGED** that nothing in this Agreed Order shall be construed as a release, waiver, or abandonment of any claim(s) or right(s) that the Plaintiff or any other person or entity may have arising out of or related to any other litigation pending or causes of action accrued with respect to the facts and circumstances alleged in the Quiet Title Action or otherwise;

**IT IS FURTHER ORDERED** that the fourteen (14) day stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to the Stay Relief;

**IT IS FURTHER ORDERED** that this Court retains jurisdiction with respect to all matters

arising from or related to the interpretation or implementation of this Order.

**##END OF ORDER##**

APPROVED FOR ENTRY BY:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:      */s/ Jake Adams*
        Jake Adams (MB #101538)
        1600 West End Avenue, Suite 2000
        Nashville, Tennessee 37203
        Tel. 615-726-5631
        Fax. 615-744-5631
        jadams@bakerdonelson.com

*Counsel for U.S. Bank Trust National Association,*
*Not in its Individual Capacity but Solely as*
*Owner Trustee for RCAF Acquisition Trust*

THE ROLLINS LAW FIRM, PLLC

By:      */s/ Thomas Carl Rollins, Jr. (with permission)*
        Thomas Carl Rollins, Jr. (MB # 103469)
        P.O. Box 13767
        Jackson, MS 39236
        Tel. 601-500-5533
        trollins@therollinsfirm.com

*/s/Brian Wilson (with permission)*
Attorney for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net