



SO ORDERED,

Katharine M. Samson

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: May 27, 2026

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

JUN - 8 2026

The Order of the Court is set forth below. The docket reflects the date entered. Danny L. Miller, Clerk of Court

By:_____,Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
TRUDIE DYKES EUBANKS
2516 Hwy 15
Beaumont, MS  39423

BANKRUPTCY CASE NO.
25-50541 KMS

SSN: XXX-XX-3740

### AMENDED ORDER TO EMPLOYER TO DEDUCT FROM WAGES

IT APPEARING to the Court that there is now pending a certain Chapter 13 proceeding in which the above named debtor subjected his earnings to the jurisdiction of the Court; the debtor's principal income is from wages, salary or commissions; and that the employer of the  debtor is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the debtor [with the employer being directed to pay all or part of such income to the Trustee. 11 U.S.C. §1325(c)]

IT FURTHER APPEARING that it is requisite to effectuate the provisions of the debtor's plan; that the employer is directed to pay a portion of the debtor's earnings into the Court for distribution to creditors, and that such employer is:

ENHABIT  HOME HEALTH  CARE SYSTEMS
attn: Payroll Dept
6688 N CENTRAL EXPY STE 1300
DALLAS, TX  75206

IT IS ORDERED that until further notice of this Court, the above named employer is required to deduct from the debtor's earnings and pay over to :

DAVID RAWLINGS, TRUSTEE
P.O. BOX 85338
CHICAGO, IL 60689-5338
the sum of $3,687.00 MONTHLY to be submitted to the above Trustee monthly.  Effective June, 2026.

IT IS FURTHER ORDERED that the employer shall hereafter cease to withhold from the wages of said employee any sums that would prevent the payment of the above plan payment to the Trustee, except such sums as may be required to be withheld by State or Federal law for income taxes, FICA,

*Trudie Eubanks is a plan status only. Deductions will be taken as wages Allows.*

*Natalie Johnson, payroll*
*469-621-8664*

006295
64804006301017



employment security taxes, required state retirement, and social security contributions, insurance for medical, dental, and vision, and such sums as required by Court Order for alimony or child support unless such alimony or child support is provided for in the Chapter 13 Plan.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net

64804006301017

25-50541-KMS   Dkt 51   Filed 06/08/26   Entered 06/12/26 09:31:24   Page 3 of 3



**enhabit**
Home Health & Hospice

6688 N. Central Expressway
Suite 1300
Dallas, TX 75206

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

JUN - 8 2026

Danny L. Miller, Clerk of Court
By: _____ , Deputy Clerk

NORTH TEXAS TX 750

4 JUN 2026 PM 9 L

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
06/03/2026 ZIP 75206
043M31271650
US POSTAGE

US Bankruptcy
Southern District of Mississippi
501 East Street, Suite 2.300
Jackson, MS 39201

39201-503675