**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Trudie Dykes Eubanks, Debtor          Case No. 25-50541-KMS
                                                        **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

    U.S. Bankruptcy Clerk
    U.S. Bankruptcy Court
    Dan M. Russell, Jr. United States Courthouse
    2012 15th St., Ste. 244
    Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    (601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: July 28, 2026          Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                Thomas C. Rollins, Jr. (MSBN 103469)
                                Jennifer Ann Curry Calvillo (MSBN 104367)
                                The Rollins Law Firm, PLLC
                                P.O. Box 13767
                                Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Trudie Dykes Eubanks, Debtor**               **Case No. 25-50541-KMS**
                                                        **CHAPTER 13**

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 04/14/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor no longer drives the 2025 Nissan Rogue or the 2019 Toyota C-HR.

3. Debtor wishes to surrender the 2025 Nissan Rogue to the Creditor, Exeter Finance, LLC.

4. Debtor wishes for the Trustee to cease ongoing payments to Exeter Finance, LLC. Exeter Finance, LLC should be allowed to file a deficiency claim upon the sale of the vehicle.

5. Debtor wishes to surrender the 2019 Toyota C-HR to the Creditor, Capital One Auto Finance, a division of Capital One, N.A.

6. Debtor wishes for Trustee to cease ongoing payments to Capital One Auto Finance. Capital One Auto Finance should be allowed to file a deficiency claim upon the sale of the vehicle.

7. A Supplemental Schedule I and J (Dk# 53) has been filed evidencing debtor's current income and expenses.

8. Debtor wishes for the Trustee to adjust the plan payment to the amount necessary to cease ongoing distributions to Exeter Finance, LLC and the Creditor, Capital

One Auto Finance and to continue to pay the priority and secured claims as ordered in the confirmed Plan.

9. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on July 28, 2026, to:

By USPS First Class Mail, Postage Prepaid:

Capital One Auto Finance, a division of Capital One, N.A.
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Capital One Auto
c/o CEO
1680 Capital One Drive
McLean, VA 22102-3491

Exeter Finance LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Exeter Finance LLC
c/o Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.