**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Trudie Dykes Eubanks, Debtor**                    **Case No. 25-50541-KMS**
                                                                                              **CHAPTER 13**

## <u>RESPONSE</u>

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to

Dismiss (dk #52) as follows:

1.  Debtor commenced this case on 04/14/2025 by filing a voluntary petition for relief under

    Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  Debtor can continue making the plan payments.

    WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

                                                        Respectfully submitted,

                                        By:      /s/ Thomas C. Rollins, Jr.
                                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                                        Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was filed on CM/ECF this day and that the following are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.