**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Trudie Dykes Eubanks, Debtor**                    **Case No. 25-50541-KMS**
                                                                                    **CHAPTER 13**

**<u>NOTICE</u>**

The above referenced debtor has filed papers with the court to allow payment arrearage. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  July 29, 2026                    Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                                                     Thomas C. Rollins, Jr. (MSBN 103469)
                                                                     Jennifer Ann Curry Calvillo (MSBN 104367)
                                                                     The Rollins Law Firm, PLLC
                                                                     P.O Box 13767
                                                                     Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Trudie Dykes Eubanks, Debtor**          **Case No. 25-50541-KMS**
                                                                                                **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in September 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on July 29, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TRUDIE DYKES EUBANKS

CASE NO: 25-50541-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/29/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TRUDIE DYKES EUBANKS

CASE NO: 25-50541-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/29/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-50541-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED JUL 29 7-46-56 PST 2026

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXETER FINANCE LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(U)US BANK TRUST NATIONAL ASSOCIATION  NOT IN

US BANK TRUST NATIONAL ASSOCIATION
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE
13010 MORRIS ROAD  SUITE 450
ALPHARETTA  GA 30004-2001

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15
QUANTUM3 GROUP LLC AS AGENT FOR
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15
PO BOX 788
KIRKLAND  WA  98083-0788

CAPITAL ONE
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2359

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPITAL ONE  NA DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EDFINANCIAL SERVICES
ATTN CLAIMS
PO BOX 36008
KNOXVILLE  TN 37930-6008

EDFINANCIAL SERVICES L
POB 60610
HARRISBURG  PA 17106-0610

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

EXETER FINANCE LLC DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXETER FINANCE LLC CO AIS PORTFOLIO SERVICE
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

HARBOR LOANS
100 EASTBROOK DR
SUITE 46
PETAL  MS 39465-6008

HARBOR LOANS OF PETAL
100 EASTBROOK DRIVE STE 40
PETAL  MS 39465-6008

MARINER FINANCE
560 WEATHERSBY RD 120
HATTIESBURG  MS 39402-1163

MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 142
EVANSVILLE  IN 47701-0142

ONEMAIN FINANCIAL GROUP  LLC
ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251

PANTHER CREDIT LLC
134 S MAIN ST
PETAL  MS 39465-2332

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND  WA  98083-0788

SANTANDER BANK  NA AS
SERVICER FOR SANTANDER CONSUMER USA INC
1601 ELM ST  STE 800
DALLAS  TX 75201-7260

SANTANDER CONSUMER
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

SECURITY CREDIT SERVICES
ATTN BANKRUPTCY
PO BOX 1156
OXFORD  MS 38655-1156

SELENE FINANCE
ATTN BANKRUPTCY
PO BOX 8619
PHILADELPHIA   PA 19101-8619

(P)SIMPLE FAST LOANS   INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

TSI
PO BOX 15283
WILMINGTON   DE 19850-5283

US BANK TRUST NATIONAL ASSOCIATION
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE
PARTNERS   PLLC
13010 MORRIS ROAD   SUITE 450
ALPHARETTA   GA 30004-2001

US BANK TRUST NATIONAL ASSOCIATION   NOT
IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS
OWNER TRUSTEE FOR RCAF ACQUISITION
TRUST  - SELENE FINANCE LP 3501 OLYMPUS
BLVD  SUITE 500 DALLAS  TX 75019-6156

US DEPARTMENT OF EDUCATION
EDFINANCIAL SERVICES
120 N SEVEN OAKS DRIVE
KNOXVILLE   TN 37922-2359

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON   MS 39201-5022

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON   MS 39236-3767

DEBTOR

TRUDIE DYKES EUBANKS
2516 HWY 15
BEAUMONT  MS 39423-2713