IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:          TRUDIE DYKES EUBANKS,
                DEBTOR(S)

                                        CHAPTER 13 BANKRUPTCY
                                        CASE NO. 25-50541-KMS

DAVID RAWLINGS, TRUSTEE

**TRUSTEE'S RESPONSE TO
MOTION TO MODIFY PLAN (DOCKET No. 54)**

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response to the Debtor's Motion to Modify Plan (Docket No. 54), and says that this case was confirmed on 7-21-2025 with 100% to unsecured creditors.   The Amended I/J filed on 7-28-2026 has $1,287 as the monthly net income, which is not enough to complete the case at 100%. Debtor kept 4 cars in the original plan filed and the original plan filed was also 100%, so there was no objection at time of confirmation.   The case should remain 100%, or in the alternative, the amounts paid on the 2 cars now being surrendered should at least be the minimum amount paid to general unsecured.   The 2019 Toyota CHR with Capital One Auto has been paid $777.24 on principal and $1,728.82 has been paid on interest.   The 2025 Nissan Rogue with Exeter Finance has been paid $1,954.68 principal and $4,347.90 has been paid on interest.   These amounts total $8,808.64 which should be the minimum paid to unsecured if reduced from 100%.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY:  _/s/ Brian Wilson_
        Brian Wilson,
        His Attorney

Brian Wilson
Attorney for Chapter 13 Trustee
Post Office Box 566

–1–

−2−

Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 99994

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and, Rollins Firm, P.O. Box 13767, Jackson, Mississippi 39236.

So certified on this the day of July 30, 2026

  */s/ Brian Wilson*
Brian Wilson