**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**                                                        **Chapter:**  13

TRUDIE DYKES EUBANKS                         **Claim Number:** 14

                                                                  **Case Number:** 25-50541

**Debtor(s)**

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only         [√] Payment only         [ ] Notice & Payment

**<u>PAYMENT ADDRESS</u>**

FROM:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

P.O. Box 4360

Houston, TX 77210

TO:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

PO Box 661381

Dallas,TX 75266-1381

Date:  08/11/2026                      /s/ Rohan Pardeshi

                                       Creditor's Authorized Agent for Capital One Auto Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

                               **Chapter:**  13

    TRUDIE DYKES EUBANKS                 **Case Number:** 25-50541

**Debtor(s)**

## Certificate of Service

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
DAVID RAWLINGS
ECFNOTICES@RAWLINGS13.NET

/s/ Rohan Pardeshi
_____

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com