# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50541 **Case Name:** Trudie Dykes Eubanks

**Set:** 09/22/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 7/28/2026 Filed by Debtor Trudie Dykes Eubanks Objections due 08/27/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order) (Dkt. #54)

Response filed by the Trustee (Dkt. #58)

---

Minute Entry Re: (related document(s): [54] Motion and 30 Day Notice to Modify Plan filed by Trudie Dykes Eubanks) Appearance: Brian Christopher Wilson. Agreed order will be submitted by Wilson. Order due by 10/06/2026. (cwe)