**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: TRUDIE DYKES EUBANKS,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY CASE NO. 25-50541-KMS

DAVID RAWLINGS, TRUSTEE

**AGREED ORDER ON MOTION AND NOTICE TO MODIFY CHAPTER 13 PLAN (DOCKET #54)**

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion and Notice To Modify Chapter 13 Plan (Docket #54), and the Trustee's Response (Docket #58). The parties have agreed as follows.

The 2025 Nissan Rogue financed with Exeter Finance is surrendered. Exter may file a unsecured deficiency claim upon sale of the vehicle. The 2019 Toyota C-HR financed with Capital One Auto is surrendered. Capital One Auto may file a unsecured deficiency claim upon sale of the vehicle. The plan payment will be $2,040.00 monthly starting with the October 2026 plan payment. Unsecured creditors with timely filed Proofs Of Claim shall be paid Funds Remaining. The trustee may adjust the plan payment to an amount necessary to complete the case per this agreement.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified per the agreement of the parties.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee PO
Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net